UNITED STATES DISTRICT
COURT FOR THE WESTERN
DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| ARENA IP, LLC,<br>*Plaintiff,*<br><br>v.<br><br>ARUBA NETWORKS, LLC,<br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§ | NO. 6:22-cv-00885-DAE |

### ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

Before the Court is Plaintiff's Opposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss (Dkt. # 12). On November 29, 2022, Plaintiff requested a two-week extension to the November 29, 2022, deadline for filing a Response to Defendant's Motion to Dismiss. (Id.) Plaintiff stated that the motion was opposed and that Plaintiff had not yet heard back from Defendant, but also stated that the motion was "unopposed and agreed." (Id. at 1.) The following day, November 30, 2022, Plaintiff filed a Response in Opposition to Defendant's Motion to Dismiss. (Dkt. # 13.) On December 7, 2022, Defendant filed a Notice of Non-Opposition to a one-day extension to Plaintiff's deadline to file a Response—accepting the Court's consideration of the November 30, 2022, Response as timely. (Dkt. # 15.) Accordingly, the Court **DENIES** as **MOOT** Plaintiff's Opposed Motion for Extension of Time to Respond. (Dkt. # 12.) The

Court will consider Plaintiff's Response (Dkt. # 13) as timely when ruling on the Motion to Dismiss.[1]

**IT IS SO ORDERED.**

**Dated:** December 8, 2022.

_____
David Alan Ezra
Senior United States District Judge

---

[1] The Court furthermore notes for the record that under Local Rule CV-7(g), the Motion for Extension (Dkt. # 12) was **opposed**, given that there had not yet been "an actual conference with opposing counsel [stating] no opposition to any of the relief requested in the motion."