IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ARENA IP, LLC, <br>    Plaintiff, <br><br> v. <br><br> ARUBA NETWORKS, LLC, <br>    Defendant. | Civil Action No. 6:22-cv-00885-DAE <br><br> JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule 41 (a)(1)(A)(ii), the Plaintiff, Arena IP, LLC hereby files this notice of dismissal of this action for all of Plaintiff's claims as Defendant has not answered or filed a motion for summary judgment. The dismissal of Plaintiff's claims shall be WITHOUT PREJUDICE as to the asserted patent and each party shall bear its own costs, expenses and attorneys' fees.

 Dated: June 2, 2023

                                                                Respectfully submitted,

                                                                */s/ William P. Ramey, III*

                                                                William P. Ramey, III
                                                                Texas Bar No. 24027643
                                                                **Ramey LLP**
                                                                5020 Montrose Blvd., Suite 800
                                                                Houston, Texas 77006
                                                                (713) 426-3923
                                                                wramey@rameyfirm.com

                                                                ***Attorneys for Arena IP, LLC***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that June 2, 2023, the foregoing document was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ William P. Ramey, III*
William P. Ramey, III
